■ JANE BRODER v ALVIN BRODER. — Motion insofar as it seeks leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of the Supreme Court, as affirmed by this court, properly made?", and insofar as it seeks a stay granted only to the extent of staying trial for a period of 20 days as indicated in the order of this court. Concur — Murphy, P. J., Ross, Bloom, Lynch and Kassal, JJ.

## (March 8, 1983)

■ MARTIN E. GOLD, Appellant, v BARBARA HOFFMAN et al., Respondents, et al., Defendants. — Judgment, Supreme Court, New York County (Ascione, J.), entered on August 25, 1982, unanimously affirmed for the reasons stated in the opinion of Ascione, J. Defendant-plaintiff-petitioner-respondent shall recover of plaintiff-defendant-respondent-appellant $75 costs and disbursements of this appeal. Concur — Murphy, P. J., Sandler, Ross, Kassal and Alexander, JJ.

■ JULIA A. DIETRICH, Appellant, v CHEMICAL BANK, Respondent. — Judgment, Supreme Court, New York County (Stecher, J.), entered on October 29, 1981, unanimously affirmed, for the reasons stated by Stecher, J., at Special Term, without costs and without disbursements. The appeal from the order of said court entered on October 27, 1981, is dismissed, without costs and without disbursements, as having been subsumed in the appeal from the judgment. Concur — Kupferman, J. P., Sandler, Sullivan, Bloom and Kassal, JJ. [115 Misc 2d 713.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE ARRINGTON, Appellant. — Judgment, Supreme Court, Bronx County (Zimmerman, J.), rendered on January 6, 1981, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Ross, Asch, Fein and Alexander, JJ.

■ DOXSEE FOOD CORPORATION, Respondent, v INTERAMERICAN LAMBS WOOL PRODUCTS, LTD., Appellant. — Order, Supreme Court, New York County (Helman, J.), entered on November 5, 1981 (based upon Justice Helman's decision of Sept. 25, 1981), unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court entered on October 28, 1981, is dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Asch, Bloom, Milonas and Kassal, JJ.